IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION, a Delaware corporation, in its capacity as separate Trustee of MATAWIN VENTURES TRUST SERIES 2016-2, <br><br> Plaintiff, <br><br> v. <br><br> MARY E. SMITH, <br><br> Defendants. | Case No. 1:18-cv-00013 |

## COMPLAINT

Plaintiff, Kondaur Capital Corporation, in its capacity as a Trustee of Matawin Ventures Trust Series 2016-2 ("Kondaur"), by and through counsel, files this Complaint against Defendant, Mary E. Smith ("Mrs. Smith"), stating as follows:

1. Kondaur is a Delaware corporation having its principal place of business located at 333 Anita Drive, Suite 400, Orange California 92868-3314, and is the successor in interest to FirstBank, a Tennessee state bank located at 319 Manufacturers Road, Chattanooga, Tennessee 37405.

2. Mrs. Smith is the record owner of the real property located at 1309 Old Jasper Road, South Pittsburgh, Tennessee 37380, that is the subject matter of this lawsuit. Mrs. Smith may be served with process at that address, where she resides upon information and belief.

3. Jurisdiction is proper before this Court based upon the parties' diversity of citizenship under 28 U.S.C. § 1332(a)(1), with the parties being citizens of different states.

4. The matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

1

5.  This action relates to real property located in Marion County, Tennessee. Venue is proper under 28 U.S.C. § 1391(b)(2) with the property at issue located in this District, and a substantial part of the events giving rise to this action having occurred in this District.

6.  Through a series of three Quitclaim Deeds beginning on or about October 2001 (Book 298, Pages 1369-1371, Register's Office of Marion County, Tennessee), through on or about March 24, 2006 (Book 37, Pages 102-110, Register's Office of Marion County, Tennessee), Mrs. Smith became the owner of certain real property and improvements, having a street address of 1309 Old Jasper Road, South Pittsburgh, Tennessee 37380, described as follows (the "Property"):

> Beginning at the intersection of the Jasper Pike and the old Sweetens Cove Road, in front of Jeff Rollins' house, and running thence northwardly with the said old Sweetens' Cove Road 155 feet to Gus Hight's southwest corner; thence eastwardly with the said Gus Hight's line to the Jasper and South Pittsburg Pike; and thence southwardly with the said pike to the beginning; the same being the land conveyed to me by W.F. McDaniel by deed dated December 2, 1921 and conveyed to him by Jeff Rollins on September 10, 1921.
>
> Being the same property conveyed to Willard Aaron Elledge, and wife, Ella Rachel Elledge (both deceased) by deed of record in Deed Book 9-O, Page 118, Register's Office of Marion County, Tennessee.
>
> PRIOR DEED REFERENCE: Volume 370, Page 106, ROMC
> Map 133K, Group A, Parcel 047.00

7.  Upon information and belief, at all relevant times herein, Mrs. Smith was married to Kenneth W. Smith ("Mr. Smith"), who resided at the Property with Mrs. Smith.

8.  On or about March 17, 2006, Mrs. Smith and Mr. Smith, borrowed $20,000 from Citizens Tri-County Bank, which indebtedness was secured by a Deed of Trust recorded in Book 370, Pages 1133-1135, in the Register's Office of Marion County, Tennessee (the "Citizens Deed of Trust"). A true and correct copy of the Citizens Deed of Trust is attached hereto as <u>Exhibit A</u>.

2

Case 1:18-cv-00013-SKL   Document 1   Filed 01/23/18   Page 2 of 6   PageID #: 2

9. Thereafter, the amount of indebtedness owed by Mr. and Mrs. Smith to Citizens Tri-County Bank was increased to $132,000, which indebtedness was secured by an Amendment to Deed of Trust recorded in Book 385, Pages 716-718, in the Register's Office of Marion County, Tennessee (the "Citizens Deed of Trust Amendment"). A true and correct copy of the Citizens Deed of Trust Amendment is attached hereto as Exhibit B. The Citizens Deed of Trust and the Citizens Deed of Trust Amendment are hereinafter referred to collectively as the Citizens Liens.

10. In March 2009, FirstBank made a loan to Kenneth W. Smith in the amount of $173,992.00 (the "FirstBank Loan") to refinance the indebtedness owed by Mr. and Mrs. Smith to Citizens Tri-County Bank.

11. The FirstBank Loan was secured by a Deed of Trust against the Property executed by Mr. Smith and recorded March 6, 2009, in Book 409, Pages 875-884, in the Register's Office of Marion County, Tennessee (the "FirstBank Deed of Trust"). A true and correct copy of the FirstBank Deed of Trust is attached hereto as Exhibit C.

12. The proceeds of the FirstBank Loan were used, in part, to refinance and satisfy in full the indebtedness owed by Mr. and Mrs. Smith to Citizens Tri-County Bank and secured by the Citizens Liens. A true and correct copy of the Disbursements Summary/Balance Sheet showing the payouts to Citizens Tri-County Bank of $134,393.51 and $1,632.05 is attached hereto as Exhibit D.

13. Subsequently, Citizens Tri-County Bank recorded a release of the Citizens Liens in Book 409, Page 1309, in the Register's Office of Marion County, Tennessee. A true and correct copy of that release is attached hereto as Exhibit E.

3

14. Both Mr. and Mrs. Smith benefitted from the FirstBank Loan, as the proceeds of the FirstBank Loan were used to pay off indebtedness owed by Mr. and Mrs. Smith to Citizens Tri-County Bank and secured by the Citizens Liens against the Property.

15. Upon information and belief, Kenneth W. Smith is now deceased.

16. Mrs. Smith held sole title to the Property at the time of the execution of the FirstBank Deed of Trust but, due to a mistake, did not execute the FirstBank Deed of Trust.

17. After Mr. Smith's death, payments on the FirstBank Loan were not made and as a result a default occurred and is continuing under the FirstBank Deed of Trust.

18. Through a series of assignments, all attached hereto as Exhibit F, the FirstBank Deed of Trust was transferred to the Matawin Ventures Trust Series 2016-2 (the "Trust"), of which Kondaur is Trustee. The Trust is the current owner and holder of the FirstBank Deed of Trust.

19. Kondaur requests that the Court enter a judgment reforming the FirstBank Deed of Trust to add Mrs. Smith as a party to the FirstBank Deed of Trust, declaring that the reformed FirstBank Deed of Trust relates back to the original date of its execution and/or recording and declaring that the FirstBank Deed of Trust is enforceable by its holder against Mrs. Smith in accordance with its terms as if Mrs. Smith had executed the same on the date of its execution by Mr. Smith, subject to any intervening lien of record from March 17, 2006, through the date of filing of this Complaint.

20. Alternatively, Plaintiff requests that the Court enter a judgment imposing an equitable lien against the Property in favor of Kondaur in an amount equal to the unpaid balance of the FirstBank Loan and declaring that Kondaur or its successors have a right to enforce the equitable lien by foreclosure and sale of the Property, subject to any intervening lien of record from March 17, 2006, through the date of filing of this Complaint.

21. Alternatively, Kondaur requests that the Court enter a judgment declaring that the FirstBank Deed of Trust is equitably subrogated to the position and enforceability of the Citizens Liens, such that the FirstBank Deed of Trust may be enforced by its holder against all interests in the Property, including Mrs. Smith's interest in the Property, by foreclosure and sale of the Property, subject to any intervening lien of record from March 17, 2006, through the date of filing of this Complaint.

22. There are no known intervening lienholders who would be prejudiced, as the relief sought herein is subject to any such liens.

**PREMISES CONSIDERED,** Kondaur prays for the following relief:

a. That proper process issue and be served upon Defendant, Mary E. Smith, and that she be required to answer the Complaint within the time required by law;

b. That the Court enter a judgment reforming the FirstBank Deed of Trust to add Mary E. Smith as party to the FirstBank Deed of Trust, declaring that the reformed FirstBank Deed of Trust relates back to the original date of its execution and/or recording, and declaring that the FirstBank Deed of Trust is enforceable against Mary E. Smith in accordance with its terms as if Mary E. Smith had executed the same on the date of its execution by her husband, Kenneth W. Smith;

c. Alternatively, that the Court enter a judgment imposing an equitable lien against the Property in favor of Kondaur in an amount equal to the unpaid balance of the FirstBank Loan and declaring that Kondaur has a right to enforce the equitable lien by foreclosure and sale of the Property;

d. Alternatively, that the Court enter a judgment declaring that the FirstBank Deed of Trust is equitably subrogated to the position and enforceability of the Citizens Liens, and that the

5

Case 1:18-cv-00013-SKL    Document 1    Filed 01/23/18    Page 5 of 6    PageID #: 5

FirstBank Deed of Trust may be enforced by Kondaur against all interests in the Property, including Mary E. Smith's interest in the Property, by foreclosure and sale of the Property;

    e.    That all costs, including without limitation court costs and discretionary costs, be taxed against Mary E. Smith;

    f.    That Kondaur be awarded its reasonable attorney's fees and expenses to the extent allowed by any applicable law; and

    g.    That Kondaur have such other, further and general relief to which it may be entitled.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

s/ Mathew D. Brownfield
Charles G. Fisher (BPR #018648)
Mathew D. Brownfield (BPR #010921)
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
(423) 756.8400 Phone
(423) 756.6518 Facsimile
cfisher@gkhpc.com
mbrownfield@gkhpc.com

*Attorneys for Plaintiff*

\\GKHDC01\CA\Matters\O211 @10887\00075 @105763\Complaint.docx