UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION, a Delaware corporation, in its capacity as separate Trustee of Matawin Ventures Trust Series 2016-2,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARY E. SMITH,<br><br>　　　　　Defendant. | 1:18-cv-00013-SKL |

## JUDGMENT

For the reasons set forth in the Memorandum and Order filed herewith [Doc. 39], Kondaur Capital Corporation's motion for judgment on the pleadings or, alternatively, for summary judgment [Doc. 33] is **GRANTED IN PART AND DENIED IN PART** as follows. The Court **DECLARES** that Kondaur is entitled to an equitable lien on the real property located at 1309 Old Jasper Road, South Pittsburgh, Tennessee, currently titled to Defendant Mary E. Smith, in an amount not to exceed $135,925.56, which lien relates back to March 9, 2009, and subject to any intervening lienholders who would be prejudiced, as more fully set forth in the accompanying Memorandum and Order. The Court **DECLINES** to exercise jurisdiction over all remaining aspects of the declaratory relief Kondaur seeks. Each party shall bear their own costs. There being no remaining issues for disposition, the Court **DIRECTS** the Clerk of the Court to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　s/John L. Medearis
　　　　　　　　　　　　　　　　　　　　　　John L. Medearis
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT